# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JERRY EARL LAWS, JR.,**  **PLAINTIFF**
**ADC #176147**

v.  Case No. 4:20-cv-01162-LPR

**P. BENTLEY,** *et al.*  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this case is DISMISSED without prejudice. The Court certifies that an *in forma pauperis* appeal from this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 28th day of January 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE